UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. BARTEK and BETTY C. BARTEK,      Plaintiffs, | ) ) ) | |
| | ) | No. 1:14-cv-353 |
| -v- | ) ) | HONORABLE PAUL L. MALONEY |
| U.S. BANK NATIONAL ASSOCIATION, as trustee for The C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-RP2, and OCWEN LOAN SERVICING, LLC.      Defendants. _____ | ) ) ) ) ) ) ) ) | |

## JUDGMENT

Having granted Defendants motion to dismiss and having dismissed the four claims in the complaint, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   March 31, 2015                                                              /s/ Paul L. Maloney
                                                                                                     Paul L. Maloney
                                                                                                     Chief United States District Judge